IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-48 (WLS-TQL) |
| | : |
| JUANJAVA BOGGERTY, *et al*, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

# ORDER

Before the Court is the Government and several Defendants' Responses (Docs. 276, 277, 278, 279, 280, 281, 282, 283, 284, 285)[1] to this Court's December 6, 2021 Order to Confer (Doc. 275.) In the December 6, 2021 Order, the Court instructed the Parties to review the case, confer, and inform the Court no later than Tuesday, December 21, 2021 whether any matters require a hearing or further briefing or whether the case is ready to proceed the trial. (Doc. 275.)

The Parties in their collective responses have informed the Court that this case is not ready for trial. The reason this case is not ready for trial is that it is complex due to the voluminous amount of discovery. This Court previously recognized that this case was complex when it entered an Order (Doc. 209) certifying the case as complex and excluding it from computation under 18 U.S.C. § 3161.

---

[1] The Court notes for the purposes of the record that Defense Counsel for Defendant, McKevor Mulkey, has informed the Court that Mr. Mulkey plans to enter a change of plea in this case and will not be proceeding to trial. (Doc. 278.)

1

As the case is not ready for trial, the Government has requested the opportunity to consult and submit to the Court a proposed scheduling order setting forth appropriate deadlines for discovery completion, notices, motions, and trial. (Doc. 276.) To ensure the prompt disposition of justice in this matter, the Parties in the case are hereby **ORDERED** to confer and submit a proposed scheduling order, no later **than fourteen (14) days** from the entry of this Order. The proposed scheduling order shall set forth the appropriate deadlines for discovery completion, notices, motions, and trial. The Parties will then meet with the Court in a status conference to discuss the proposed scheduling order and a special trial date will be set.

**SO ORDERED**, this 21st day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**