IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-48 (WLS-TQL) |
| | : |
| JUANJAVA BOGGERTY, *et al,* | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

On December 21, 2021 this Court entered an Order for the Parties in the case to confer and submit a proposed scheduling order. (Doc. 291.) The Government filed its Response (Doc. 294) on January 3, 2022 and included as an attachment the Proposed Scheduling Order. (Doc. 294-1.)  In the Response, Counsel for the Government informed the Court that the attorneys of record for all the defendants, except Clenton Davis (attorney: Phil Cannon) and Keilaysha Dixon (attorney: Nicole Williams), had consented to the Proposed Scheduling Order. (Doc. 294 at 3.)

Counsel for Defendants Clenton Davis and Keilaysha Dixon are hereby **ORDERED** to file any objections or proposed amendments to the Proposed Scheduling Order **no later than January 10, 2022**. Thereafter, the Court will consider the Proposed Scheduling Order and any objections or proposed amendments thereto without further delay.

**SO ORDERED**, this  5th  day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1