**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-48 (WLS-TQL) |
| | : |
| JUANJAVA BOGGERTY, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On June 7, 2022 this Court ordered the Parties to review the case, confer and inform the Court no later than Friday, June 17, 2022 whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. (Doc. 322.) The June 7, 2022, Order (Doc. 322) was entered by mistake as this Court previously declared this case complex (Doc. 209) and issued a Scheduling Order (Doc. 298) imposing certain deadlines for the disposition of the case. Accordingly, the June 7, 2022 Order is **VACATED**. The deadlines outlined in this Court's Scheduling Order (Doc. 298) remain in effect.

**SO ORDERED**, this 8th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1