IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-48 (WLS-TQL) |
| | : |
| JUANJAVA BOGGERTY, *et al,* | : |
| | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

On September 15, 2021 a Grand Jury issued a forty-five (45) count Indictment (Doc. 1) in this case. On October 7, 2021, the Government filed a Motion to Declare Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B) and Extend the Deadlines contained in the Court's Standard Pretrial Order. (Doc. 201.) This Court granted the Government's Motion for good cause shown on October 13, 2021 and ordered that the case be certified as complex and excluded from computation under the Speedy Trial Act.[1] (Doc. 209.)

On December 21, 2021 this Court entered an Order for the Parties in the case to confer and submit a proposed scheduling order. (Doc. 291.) The Government submitted its Proposed Scheduling Order on January 3, 2022. (Doc. 294-1.) The Court issued its Scheduling Order on January 24, 2022. (Doc. 298.) Pursuant to the Scheduling Order, this case tentatively should be ready for trial to commence on Monday November 7, 2022. (Doc. 298.)

Given the complexity of the case, as well the logistical complexity of ensuring a fair trial, while trying multiple Defendants at the same time, the Court finds it necessary to hold a

---

[1] The Court notes for the purposes of the record that the good cause shown was the fact that the discovery materials in this case were voluminous with an estimated file size of between 1 and 3 terabytes. (Doc. 209.)

1

Status Conference with the remaining Parties. Accordingly, the Parties, where charges remain without a plea-agreement or notice of intent to resolve the charges without a trial, are hereby **NOTICED** that a Status Conference shall be set in this manner by separate notice. Prior to that Status Conference the Parties should confer and determine whether any matters require a hearing or further briefing, or whether this case is ready to proceed to trial.

**SO ORDERED**, this 29th day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**